IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QUANTUM LOYALTY SOLUTIONS, INC. and )
QUANTUM CORPORATION OF NEW YORK, INC., )
)
Plaintiffs, )
) Civil Action No. 09-022-RGA-MPT
v. )
)
TPG REWARDS, INC., )
)
Defendant. )

**ORDER VACATING THE REPORT AND RECOMMENDATION REGARDING
CLAIM CONSTRUCTION AND DISMISSING WITH PREJUDICE**

On this day, Plaintiffs Quantum Loyalty Solutions, Inc. and Quantum Corporation of NY, Inc. (collectively "Quantum"), and defendant TPG Rewards, Inc. ("TPG Rewards") (collectively, "the Parties") announced to the Court that they have settled the case;

Quantum requests that the Court vacate the Report and Recommendation regarding claim construction (D.I. 319), and TPG Rewards does not oppose this request.

IT IS THEREFORE ORDERED that:

1) the Report and Recommendation regarding claim construction (D.I. 319) is hereby VACATED;

2) the Objections to the discovery ruling (D.I. 326) are DENIED AS MOOT;

3) all claims and counterclaims asserted in this action are hereby FULLY AND FINALLY ADJUDICATED, DISMISSED WITH PREJUDICE, AND NON-APPEALABLE;

{00806741;v1}

4) all attorneys' fees, costs, and expenses shall be borne by each party.

*[signature]*
The Honorable Richard G. Andrews
United States District Judge